| AO-10 Rev. 1/94 | FINANCIAL DISCLOSURE REPORT NOMINATION | Report Required by the Ethics in Government Act of 1978, Pub. L. No. 95-521, November 30, 1989 (5 U.S.C.A. App. 6, 101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) HEARTFIELD, THAD | 2. Court or Organization U.S.D.C. (TEXAS EASTERN) | 3. Date of Report 01/11/95 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; Magistrate Judges indicate full- or part-time) DISTRICT COURT JUDGE (ACTIVE) | 5. Report Type (check appropriate type) X Nomination, Date 01/11/95 __ Initial __ Annual __ Final | 6. Reporting Period 01/01/92 - 12/31/94 |
| 7. Chambers or Office Address 3535 CALDER, THIRD FLOOR BEAUMONT, TEXAS 77706 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| SOLE PRACTITIONER | THAD HEARTFIELD, ATTORNEY AT LAW |
| DIRECTOR | LOWER NECHES VALLEY AUTHORITY |
| EXECUTOR | ESTATE OF MY MOTHER, GRACE LINN CHATELAIN |

## II. AGREEMENTS. (Reporting individual only; see pp. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| 3/8/94 | CONTINGENT FEE AGREEMENT (10%) WITH JACK PRICE |
| 5/27/94 | CONTINGENT FEE AGREEMENT (13%) WITH CLIENT, IBS, INC. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1. 1992 | NET INCOME FROM LAW PRACTICE | $ 186364.00 |
| 2. 1993 | NET INCOME FROM LAW PRACTICE | $ 198889.00 |
| 3. 1994 | PROJECTED NET INCOME FROM LAW PRACTICE | $ 274751.00 |
| 4. 1992 | LOWER NECHES VALLEY AUTHORITY (DIRECTOR'S FEE) | $ 1000.00 |
| 5. 1993 | LOWER NECHES VALLEY AUTHORITY (DIRECTOR'S FEE) | $ 1400.00 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HEARTFIELD, THAD | Date of Report<br>01/11/95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 12-14 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X NONE (No such reportable reimbursements or gifts) | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 16-17 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities) | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

* VALUE CODES: J = $15,000 or less, K = $15,001 - $50,000, L = $50,001 - $100,000, M = $100,001 to $250,000
N = $250,001 - $500,000, O = $500,001 - $1,000,000, P = More than $1,000,000

175

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HEARTFIELD, THAD | Date of Report<br>01/11/95 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of spouse and dependent children; See pp. 18-26 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(B)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent, or<br>int.) | (1)<br>Value<br>(J-P) | (2)<br>Value<br>Methods<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date<br>Month-<br>Day | (3)<br>Value2<br>(J-P) | (4)<br>Gain1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| [ ] NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1  FIRST INTERSTATE BANK BEAUMONT, TX, PERSONAL CHECKING | | None | J | T | | | | | |
| 2  FIRST INTERSTATE BANK BEAUMONT, TX, OPERATING ACCOUNT | | None | M | T | | | | | |
| 3  FIRST BANK AND TRUST, GROVES, TX, CERTIFICATE OF DEPOSIT | D | Int | L | T | | | | | |
| 4  HEBBRONVILLE STATE BANK STOCK (B) | | None | J | T | | | | | |
| 5  PAINEWEBBER, BEAUMONT, TEXAS | D | Div | | | | | | | |
| 6  MERRILL LYNCH, BEAUMONT, TX | A | Div | M | T | | | | | |
| 7  OIL LEASE PROPERTY, LAFAYETTE, LA | A | Rent | J | W | | | | | |
| 8  MAYEAUX / ODESSA, L.C., BEAUMONT, TEXAS | A | Rent | J | W | | | | | |
| 9  INITIATION ASSOCIATES, LTD | A | Dist | J | W | | | | | |
| 10  FIRST INTERSTATE BANK BEAUMONT, TX, WESTERN NAT LIFE IRA | A | Int | J | T | | | | | |
| 11  FIRST INTERSTATE BANK BEAUMONT, TX, WESTERN NAT LIFE IRA | A | Int | J | T | | | | | |
| 12  PAINEWEBBER, BEAUMONT, TX; IRA ROLLOVER; EUROPACIFIC GROWTH | A | Div | | | | | | | |
| 13  PAINEWEBBER, BEAUMONT, TX; IRA ROLLOVER; PW CAPITAL APPREC. | A | Div | | | | | | | |
| 14  PAINEWEBBER, BEAUMONT, TX; IRA ROLLOVER; FED HOME LOAN BANK | C | Int | | | | | | | |
| 15  PAINEWEBBER, BEAUMONT, TX; IRA ROLLOVER; PW RETIREMENT MM | A | Div | | | | | | | |
| 16  PAINEWEBBER, BEAUMONT, TX; IRA ROLLOVER; TINT DUE 5/15/97 | D | Int | | | | | | | |
| 17  PAINEWEBBER, BEAUMONT, TX; DEFINED BENEFIT; EUROPACIFIC GROW | B | Div | | | | | | | |
| 18  PAINEWEBBER, BEAUMONT, TX; DEFINED BENEFIT; PW CAPITAL APPR. | A | Div | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1 B2) | A=$1,000 or less<br>E=$15,001 to $50,000 | F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost(real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HEARTFIELD, THAD | Date of Report<br>01/11/95 |
| --- | --- | --- |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions     (Includes those of spouse and dependent children; See pp. 18-26 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(S)" for joint ownership of reporting individual and spouse, "(DC)" for separate ownership by income, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type (e.g., div., rent or int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value Methods Code (Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 PAINEWEBBER, BEAUMONT, TX; DEFINED BENEFIT; FED HOME LOAN BK | D | Int | | | | | | | |
| 20 PAINEWEBBER, BEAUMONT, TX; DEFINED BENEFIT; TINT DUE 8/15/98 | C | Int | | | | | | | |
| 21 PAINEWEBBER, BEAUMONT, TX; DEFINED BENEFIT; TINT DUE 1/15/99 | A | Int | | | | | | | |
| 22 PAINEWEBBER, BEAUMONT, TX; DEFINED BENEFIT; TINT DUE 5/15/09 | B | Int | | | | | | | |
| 23 PAINEWEBBER, BEAUMONT, TX; DEFINED BENEFIT; CD DUE 8/15/95 | B | Int | | | | | | | |
| 24 PAINEWEBBER, BEAUMONT, TX; DEFINED BENEFIT; PW RETIREMENT MM | A | Div | | | | | | | |
| 25 PAINEWEBBER, BEAUMONT, TX; DEFINED BENEFIT; TINT DUE 5/15/97 | D | Int | | | | | | | |
| 26 PAINEWEBBER, BEAUMONT, TX; DEFINED BENEFIT; MANAGED ACCOUNT | C | Div | | | | | | | |
| 27 PAINEWEBBER, BEAUMONT, TX; HEARTFIELD IRA ($); LINEAR TEC | A | Div | | | | | | | |
| 28 PAINEWEBBER, BEAUMONT, TX; HEARTFIELD IRA ($); PW RETIRE | A | Div | | | | | | | |
| 29 PAINEWEBBER, BEAUMONT, TX; HEARTFIELD IRA; PW RETIREMENT | A | Div | | | | | | | |
| 30 MERRILL LYNCH, BEAUMONT, TX; DEFINED BENEFIT; ML DRAGON FUND | A | Div | J | T | | | | | |
| 31 MERRILL LYNCH, BEAUMONT, TX; DEFINED BENEFIT; EURO PACIFIC | B | Div | L | T | | | | | |
| 32 MERRILL LYNCH, BEAUMONT, TX; DEFINED BENEFIT; ML PACIFIC FD | B | Div | L | T | | | | | |
| 33 MERRILL LYNCH, BEAUMONT, TX; DEFINED BENEFIT; STRIPS 2/15/98 | | None | K | T | | | | | |
| 34 MERRILL LYNCH, BEAUMONT, TX; DEFINED BENEFIT; STRIPS 2/15/99 | | None | J | T | | | | | |
| 35 MERRILL LYNCH, BEAUMONT, TX; DEFINED BENEFIT; FED HOME LN BK | | None | N | T | | | | | |
| 36 MERRILL LYNCH, BEAUMONT, TX; DEFINED BENEFIT; STRIPS 2/15/07 | | None | J | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=more than $1,000,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=more than $1,000,000 | R=$100,001 to $250,000 |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal | S=Assessment | R=Cost (real estate only) | U=Book Value | V=Other | W=Estimated | | T=Cash/Market |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HEARTFIELD, THAD | Date of Report<br>01/11/95 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; See pp. 18-26 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical (J) after each asset.<br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent, or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Methods<br>Code<br>(Q-U) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| [ ]  NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 37  MERRILL LYNCH, BEAUMONT TX;<br>DEFINED BENEFIT; BTRIFG 3/15/09 | | None | K | T | | | | | | |
| 38  MERRILL LYNCH, BEAUMONT TX;<br>DEFINED BENEFIT; CD FIRST AM BK | | None | J | T | | | | | | |
| 39  MERRILL LYNCH, BEAUMONT TX;<br>DEFINED BENEFIT; CMA MONEY FUND | B | Int | M | T | | | | | | |
| 40  MERRILL LYNCH, BEAUMONT TX;<br>IRA ROLLOVER; RETIREMENT RESERV | A | Int | J | T | | | | | | |
| 41  MERRILL LYNCH, BEAUMONT TX;<br>IRA ROLLOVER; ML EUROFUND | A | Div | J | T | | | | | | |
| 42  MERRILL LYNCH, BEAUMONT TX;<br>IRA ROLLOVER; EURO PAC GROW FD | A | Div | J | T | | | | | | |
| 43  MERRILL LYNCH, BEAUMONT TX;<br>IRA ROLLOVER; ML LATIN AMERICA | A | Div | J | T | | | | | | |
| 44  MERRILL LYNCH, BEAUMONT TX;<br>IRA ROLLOVER; FED HOME LN BK | | None | L | T | | | | | | |
| 45  MERRILL LYNCH, BEAUMONT TX;<br>T. HEARTFIELD IRA; RETIRE RESER | A | Int | J | T | | | | | | |
| 46  MERRILL LYNCH, BEAUMONT TX;<br>T. HEARTFIELD IRA; ML PACIFIC | A | Div | J | T | | | | | | |
| 47  MERRILL LYNCH, BEAUMONT TX;<br>C. HEARTFIELD IRA; RETIR RES(S) | | None | J | T | | | | | | |
| 48  MERRILL LYNCH, BEAUMONT TX;<br>C. HEARTFIELD IRA; LTMCAR YC(S) | A | Div | | | | | | | | |
| 49  MERRILL LYNCH, BEAUMONT TX;<br>C. HEARTFIELD IRA; ML PACFC (S) | | None | J | T | | | | | | |
| 50 | | | | | | | | | | |
| 51 | | | | | | | | | | |
| 52 | | | | | | | | | | |
| 53 | | | | | | | | | | |
| 54 | | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
| 2 | Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HEARTFIELD, THAD | Date of Report<br>01/11/95 |
|---|---|---|

**VIII. ADDITIONAL INFORMATION or EXPLANATIONS.** (Indicate part of Report.)

II. AGREEMENTS (CONT'D)

CONTINGENT FEES IN STATE CASES ENTITLED JACK N. PRICE, ET AL. V. PARKER & PARSLEY PETROLEUM COMPANY, ET AL. AND INTERNATIONAL BACKGROUND SERVICES, INC., ET AL. V. MERRILL LYNCH, ET AL. THESE CASES WILL BE ASSIGNED AND THAD HEARTFIELD WILL RETAIN APPROXIMATELY 45% OF HIS CONTINGENT FEE IN EACH CASE.

I. POSITIONS    (Cont'd.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| MEMBER | MAYEAUX/ODESSSA, L.C. |

III. NON-INVESTMENT INCOME    (Cont'd.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1994 | LOWER NECHES VALLEY AUTHORITY (DIRECTOR'S FEE) | $ 1200.00 |
| 1993 | CORNELIA HEARTFIELD EARNED INCOME-LAW PRACTICE (S) | $ 6000.00 |
| 1994 | CORNELIA HEARTFIELD EARNED INCOME-LAW PRACTICE (S) | $ 6000.00 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEARTFIELD, THAD | 01/11/95 |

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Thad Heartfield_    Date _1-11-95_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, 104, AND 18 U.S.C. 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

> Committee on Financial Disclosure
> Administrative Office of the
> United States Courts
> Washington, D.C. 20544

## FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 378 | 081 | Notes payable to banks—secured | | -0- |
| U.S. Government securities—add schedule | | -0- | Notes payable to banks—unsecured | | -0- |
| Listed securities—add schedule | | -0- | Notes payable to relatives | | -0- |
| Unlisted securities—add schedule | | -0- | Notes payable to others | | -0- |
| Accounts and notes receivable: | 66 | 315 | Accounts and bills due | 5 | 000 |
| Due from relatives and friends | | -0- | Unpaid income tax | 23 | 750 |
| Due from others | | -0- | Other unpaid tax and interest | | -0- |
| Doubtful | | -0- | Real estate mortgages payable—add schedule | | -0- |
| Real estate owned—add schedule | 150 | 000 | Chattel mortgages and other liens payable | | -0- |
| Real estate mortgages receivable | | -0- | Other debts—itemize: | | -0- |
| Autos and other personal property | 40 | 000 | | | |
| Cash value—life insurance | 25 | 446 | | | |
| Other assets—itemize: | | | | | |
| See Schedule B | 688 | 472 | | | |
| | | | | | |
| | | | Total liabilities | 28 | 750 |
| | | | Net Worth | 1319 | 564 |
| Total Assets | 1,348 | 314 | Total liabilities and net worth | 1348 | 314 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | -0- | Are any assets pledged? (Add schedule.) | No | |
| On leases or contracts | | -0- | Are you defendant in any suits or legal actions? | Yes | |
| Legal Claims | | -0- | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | | -0- | | | |
| Other special debt | | -0- | | | |

**Thad Heartfield**
**Real Estate Owned**
**Schedule A**

Lot 28, Block 34, Calder Place Addition to the City of
Beaumont, Jefferson County, Texas
Residence:  3790 Durwood                                    $    150,000.00

**Thad Heartfield**
**Other Assets**
**Schedule B, Page 1**

**Thad Heartfield Defined Benefit Pension Plan**

| | | |
|---|---:|---:|
| Merrill Lynch Cash | $ 280.72 | |
| 652.16 Shs ML Dragon Fd Cl B | 9,805.00 | |
| 3787 Shs Euro Pacific Growth Fund | 80,019.00 | |
| 3237.193 Shs ML Pacific Fd Cl B | 65,617.00 | |
| 50,000 U S Treasury STRIPS Zero% Due 8/15/9 | 37,859.00 | |
| 15,000 U S Treasury STRIPS Zero% Due 11/15/ | 10,384.00 | |
| 235,000 Shs Federal Home Ln Bk | 179,775.00 | |
| 30,000 U S Treasury STRIPS Zero% Due 11/15/ | 10,936.00 | |
| 70,000 U S Treasury STRIPS Zero% Due 5/15/0 | 22,591.00 | |
| 10,000 CD First American Bank | 10,000.00 | |
| CMA Money Fund | 125,593.00 | $ 552,859.72 |

**Thad Heartfield IRA Rollover**

| | | |
|---|---:|---:|
| ML Retirement Reserves | $ 7,134.99 | |
| 569.349 Shs ML Eurofund Cl B | 7,373.00 | |
| 664 Shs Euro Pacific Growth Fund | 14,030.00 | |
| 508.513 Shs ML Latin America Fd Cl B | 6,890.00 | |
| 85,000 Shs Federal Home Ln Bk | 65,025.00 | 100,452.99 |

**Thad Heartfield IRA, PaineWebber**

| | | |
|---|---:|---:|
| ML Retirement Reserves | $ 8.28 | |
| 109.752 Shs ML Pacific Fd | 2,224.00 | 2,232.28 |

**Cornelia Heartfield IRA, PaineWebber**

| | | |
|---|---:|---:|
| ML Retirement Reserves | $ 31.27 | |
| 203.094 Shs ML Pacific Fd | 4,116.00 | 4,147.27 |

**Thad Heartfield IRA, First Interstate Bank**

| | |
|---|---:|
| Western National Life Insurance | 5,641.00 |

**Cornelia Heartfield IRA, First Interstate Bank**

| | |
|---|---:|
| Western National Life Insurance | 5,639.00 |

**Thad Heartfield**
**Other Assets**
**Schedule B, Page 2**

| | |
|---|---:|
| Mayeaux/Odessa, L.C. | 5,000.00 |
| Initiation Assoc, Ltd. | 2,000.00 |
| Oil Lease Property, Lafayette, LA | 600.00 |
| Hebbronville State Bank Stock | 9,900.00 |
| **TOTAL OTHER ASSETS** | **$ 688,472.26** |